UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:90-CR-124 |
| | ) | |
| JESSE CASTRO ADAMS | ) | |

**O R D E R**

Through counsel, the defendant has filed an "Expedited Emergency Motion to Reduce Sentence for Compassionate Release Pursuant to [18] U.S.C. § 3582(c)(1)(A)(i)," as supplemented. [Docs. 20, 24]. The United States filed an expedited response, opposing the motion on both procedural and substantive grounds. [Docs. 26, 27]. The defendant submitted an expedited reply. [Doc. 28].

By order entered April 7, 2022, the Court denied the motion, with leave to renew, due to the defendant's failure to document his exhaustion of administrative remedies as required by § 3582(c)(1)(A)(i). [Doc. 29]. Now before the Court is the parties' joint motion for reconsideration of that ruling. [Doc. 30].

By order dated April 13, 2022, the Court took that motion under advisement due to the fluid circumstances of this case. [Doc. 31]. That order directed the parties to submit status reports no later than April 29, 2022. The parties have complied with that order. [Docs. 32, 33, 34, 35, 39].

The parties' motion for reconsideration will remain held in abeyance. It is apparent that the defendant presently faces significant health issues. It is also apparent that the Bureau of Prisons is providing him with medical care, either in the setting of a hospital or

a rehabilitation facility.  The Court continues to accept the parties' representation that the Bureau of Prisons is now considering the defendant for a possible reduction in sentence. In light of these facts and the other concerns raised in the Court's April 13 order, further action by the Court at this time would be premature, duplicative, and possibly counterproductive.

This case will therefore remain **HELD IN ABEYANCE** at this time.  The parties are **DIRECTED** to file, jointly or separately, a status report **no later than May 17, 2022**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge