# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Docket No. 3:90-CR-124 |
| v. ) | |
| ) | JUDGE JORDAN |
| JESSIE C. ADAMS, ) | |
| Defendant. ) | |

## STATUS REPORT

On April 13, 2022, this Honorable Court held Mr. Adams' Motion for Compassionate Release in abeyance and directed the parties to file an additional Status Report by June 10, 2022. (Doc. 47). Undersigned counsel offers the following updated information for the Court's consideration:

In terms of the timeline associated with Mr. Adams' recent health issues, he was first transported by ambulance from USP Coleman II to Garnet Health Emergency Department on March 17, 2022, after suffering a heart attack. (See Doc. 20, pp. 3-4; Doc. 20-4, p. 13). On that same day, he was admitted to Westchester Medical Center. (Doc. 20-4, p. 68-71). While at Westchester, he then suffered a stroke. (Doc. 20-6, p. 3). On April 22, 2022, a BOP administrative note indicates he was transferred to Split Rock Rehabilitation Center. (Doc. 35-1, p. 1). On April 27, 2022, Mr. Adams was transferred from Split Rock Rehabilitation Center to Montefiore Medical Center's Wakefield Campus Emergency Department for chest pains. (Doc. 35-2, pp. 2, 4). On April 28, 2022, he was admitted to the Montefiore Wakefield Hospital. (Doc. 35-2, p. 1). On May 1, 2022, another BOP administrative note indicates Mr. Adams was

1

"scheduled to be D/C (*discharged*) back to SRRC (*Split Rock Rehabilitation Center*) at noon this date." (Doc. 42-1, p. 7). Physician's orders confirm Mr. Adams' discharge from the hospital. (Doc. 42-1, pp. 18-28). The next administrative note from the BOP was penned five days later on May 6, 2022, at 12:46 p.m., wherein it confirmed his admission to Split Rock Rehab Center and reported his health condition at the time.

      Following the filing of Mr. Adams' last status report, several important medical notes have been produced by the BOP that further demonstrate his failing health. On May 19, 2022, an administrative note indicates Mr. Adams was transferred by ambulance to Montefiore Medical Center's Moses Campus Emergency Department as they "received notification from escort officers that inmate dislodged dialysis port from chest." (Exhibit 1, filed under seal, BOP medical records through June 9, 2022, p. 16). This is confirmed by a 3-page consent form from Montefiore. (pp. 38-40). On May 20, 2022, a BOP administrative note indicates he was held in the emergency department due to lack of bed space, while awaiting the procedure to replace his dialysis port. (*Id.*, p. 14). On May 24, 2022, an administrative note for Mr. Adams indicated he remained admitted at the Montefiore Hospital, a new hemodialysis catheter was placed, and the treatment plan ordered that he begin dialysis that night. (*Id.*, p. 12).

      According to another BOP administrative note, dated May 26, 2022, Mr. Adams remained in the hospital but was expected to be discharged to Split Rock Nursing Center on that day. (*Id.*, p.10). Physician's orders confirm Mr. Adams' discharge from the hospital with active diagnoses including, but not limited to, sepsis and chronic bedsores. (*Id.*, pp. 25-32). A nurse's progress notes at Split Rock Habilitation Center, dated May 26, 2022, further indicate he suffered from septic shock, chronic anemia, and that "both feet (are) gangrene and fragile." (*Id.*, p. 34). Additionally, progress notes dated May 27, 2022, at 9:01 a.m. indicate that Mr. Adams

"appears to be alert and oriented" but also indicating "he is non-verbal." (*Id*., p. 36). As to discharge planning, the document notates his deteriorated medical status and cognitive impairment. (*Id*.). Likewise, the note states "it appears he will benefit from the clinical and structured environment of the SNF (Split Rock Nursing Facility) and is appropriate placed at this time." (*Id*.).

Mr. Adams was then moved again. On June 7, 2022, another administrative note details that he was "transferred to North Central Bronx Hospital" and was admitted for pneumonia with sepsis. (*Id*., p. 3). The last medical note available at this time, from June 8, 2022, states Mr. Adams remains in the hospital with bilateral pneumonia and sepsis. (*Id*., p. 1).

Mr. Adams is only able to breathe properly with the assistance of a ventilator, which he needed since March 17, 2022. (*Id*., p. 8, 10, 12, 25-32, 34, 36; Doc. 20-4, p. 12; Doc. 35-1, pp. 2, 5, 9, 11, 15, 17, 19, 21, 22, 24, 27, 29, 31, 33, 35, 38; Doc. 42-1, p. 5). He has been returned to the hospital three times since his initial admission on March 17, 2022. (Doc. 20-4, p. 13; Doc. 35-2, p. 2; Ex. 1, pp. 3, 16). Mr. Adams' overall health condition has continued to decline over the course of time. His medical complications have been consistently diagnosed by medical professionals.

Lastly, Mr. Adams' family reports that the hospital facilitated a video call with him and the family on June 9, 2022. They report the hospital staff has contacted them several times regarding end-of-life procedures. The family also reports being advised that Ms. Adams' body is too weak for dialysis. They report his feet appeared black when observing his frail body during the video call. Mr. Adams' loved ones remain ready and willing to provide or facilitate care for him, whether in-home or at a facility. They just want to be with him before he dies in BOP custody.

3

As of June 10, 2022, 69-year old Jessie Adams will have spent 11,874 days, or more than 32 ½ years, in state and federal custody for offenses related to the same criminal conduct. (See Doc. 20, p. 2). The prison medical director has opined that Mr. Adams should be medically eligible for a reduction in sentence, but the warden has nonetheless denied his request for compassionate release and home confinement. (Docs. 30-3, 33, and 41).

Given the individualized circumstances of this matter, Mr. Adams respectfully asks the Court to grant his request for compassionate release and to thereafter impose a sentence of time served. Mr. Adams is clearly no longer a threat to society. A sentence of this kind would be more than sufficient when contemplating the factors of 18 U.S.C. § 3553(a) and the spirit of the compassionate release statute.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: *s/Bobby E. Hutson, Jr.*
Bobby E. Hutson, Jr. 143116 GA
First Assistant Federal Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979

## Certificate of Service

I HEREBY CERTIFY that on June 10, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*s/Bobby E. Hutson, Jr.*
Bobby E. Hutson, Jr. 143116 GA
First Assistant Federal Defender
