UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>JESSIE CASTRO ADAMS,<br>　　　　Defendant. | No. 3:90-cr-124<br><br>Judge Jordan |

## STATUS REPORT

The United States has no additional information to submit for the Court's consideration.

Adams's pending motion for compassionate release appears to be ripe for decision.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Francis M. Hamilton III
　　　　　　　　　　　　　　　　United States Attorney

　　　　by:　　*s/ Debra A. Breneman*
　　　　　　　Debra A. Breneman
　　　　　　　Assistant United States Attorney
　　　　　　　PA Bar No. 93171
　　　　　　　debra.breneman@usdoj.gov
　　　　　　　800 Market Street, Suite 211
　　　　　　　Knoxville, Tennessee  37902
　　　　　　　(865) 545-4167