Ron Whitworth
P.O. Box 1000
Otisville, NY
10963-1000

June 6, 2022

Honorable Leon Jordan
U.S. District Judge
c/o Clerk of Court
800 Market Street
Suite 130
Knoxville, Tennessee
37902

RE: Jessie Castro Adams
    Request for Compassionate Release

Judge Jordan,

While in federal custody, Jessie Castro Adams suffered several major medical emergencies at the same time, including a heart attack, a stroke, and renal failure. All were related to blood clots which formed after Jessie was infected with COVID-19 in February of this year. For months now, Jessie has been unconscious and chained at the wrist and ankle to a hosital bed.

Being chained to a hospital bed in his condition has resulted in poor blood circulation to his extremities, and doctors have warned that if this situation continues, they may be forced to amputate Jessie's feet. Chaining this poor 70 year-old unconscious man to the bed isn't just unnecessary, it is cruel and harmful. It is very hurtful to Jessie's sister and daughters to know that their loved one is being treated this way.

The Federal Defender Services has filed a motion for a compassionate release in your court on Jessie's behalf. U.S. Probation & Parole has verified that Jessie has a comprehensive release plan. Jessie's family is ready and willing to provide all of the care that Jessie needs in his current condition.

Jessie has already served 33 years (29½ of those having been served in the state penitentiary for the same bank robbery), and he is not the same character that he was in 1989. None of us are the same as we were 33 years ago, and Jessie has grown mentally, emotionally, and spiritually over the past 3 decades. I know him to be a good man. I am a former paramedic and municipal police officer who would not advocate for Jessie's release if there were any real concerns of future dangerousness or criminal conduct. Please grant Jessie's compassionate release and let him spend his final years on this earth with his family. Thank you for your wisdom and compassion.

Sincerely,

Ron Whitworth
Ron Whitworth

RON WHITWORTH
P.O. BOX 1000
OTISVILLE, NEW YORK
10963-1000

WESTCHESTER NY 105
6 JUN 2022 PM 4

INSPECTED

RECEIVED
JUN 9 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

HONORABLE LEON JORDAN
UNITED STATES DISTRICT JUDGE
800 MARKET STREET   SUITE 130
KNOXVILLE, TENNESSEE   37902

37902-230330