UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:90-CR-124 |
| | ) | |
| JESSE CASTRO ADAMS | ) | |

### O R D E R

The parties have jointly moved for reconsideration of the Court's denial, with leave to renew, of the defendant's compassionate release motion. [Doc. 30]. Sadly, the defendant is now deceased. *See* Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited June 14, 2022). The pending motion [doc. 30] must accordingly be **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge